BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SUPPRESSION HEARING

### DECEMBER 22, 2005 @2:00PM

DOCKET NUMBER: CR 05-627(RJD)

U.S.A. -v-  ANTHONY COX  (IN CUSTODY)
            COUNSEL:  HEIDI CESARE (LAS)

AUSA     NICOLE BOECKMANN

COURTREPORTER:  STEPHANIE DREXLER

X   CASE CALLED FOR SUPPRESSION HEARING, RE: DEFENDANT'S MOTION
    TO SUPPRESS WEAPON FOUND ON DEFENDANT.
    HEARING ORDERED & BEGUN.
    GOVT WITNESSES CALLED, SWORN & EXAMINED:
    AGENT ISMAEL HERNANDEZ
    POLICE OFFICER DOMINIC CAPIELLO
    POLICE OFFICER BRIAN DUFFY
    GOVERNMENT EXHIBITS RECEIVED INTO EVIDENCE: 1, 2, 3, 4.
    DEFENDANT EXHIBITS MARKED:  A, B, C.
    GOVERNMENT RESTS.
    JUDGE WOULD LIKE TO REVIEW THE GRAND JURY TESTIMONY OF
    WITNESS CAPIELLO.
    COURT WILL RENDER IT'S RULING ON THE RECORD ON 1/18/06 @3:00PM.