BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

<u>CRIMINAL CAUSE FOR RULINGS ON SUPPRESSION HEARING</u>

<u>FEBRUARY 1, 2006 @10:00AM</u>

DOCKET NUMBER:   CR 05-627   (RJD)

U.S.A. -v-     **ANTHONY COX**     **(IN CUSTODY)**
               **COUNSEL:  HEIDI CESARE (LAS)**

AUSA       NICOLE BOECKMANN

COURTREPORTER:     GENE RUDOLPH


X     CASE CALLED FOR RULINGS ON DEFENDANT'S MOTION TO SUPPRESS
      WEAPON FOUND ON DEFENDANT, THAT WAS HELD ON 12/22/05.
      FOR THE REASONS RECITED ON THE RECORD, DEFENDANT'S MOTION
      IS DENIED.
      DEFENSE COUNSEL ADVISES COURT THAT SHE AND HER CLIENT WISH
      SOME TIME TO CONSIDER THE RULING AND HOW DEFENDANT WOULD
      LIKE TO PROCEED WITH THE CASE.
      COURT GRANTS REQUEST.
      NEXT CONFERENCE SCHEDULED FOR 2/27/06 @10:00AM.