BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE HEARING

APRIL 24, 2013 FROM 10:00AM TO 3:00PM

DOCKET NUMBER: CR 05-627 (RJD)

**U.S.A. -v- ANTHONY COX (IN CUSTODY)**
           **COUNSEL: HEIDI CESARE (LAS)**

**AUSA: CATHERINE MIRABILE & UNA DEAN**

COURT REPORTER: ANTHONY FRISOLONE

X      CASE CALLED FOR VIOLATION OF SUPERVISED RELEASE HEARING.
       HEARING ORDERED & BEGUN.
       FOLLOWING GOVERNMENT WITNESSES SWORN, EXAMINED & CROSSED:
       POLICE OFFICER KONARD ZAKIEWICZ
       POLICE OFFICER JAVIER VELEZ
       STIPULATION READ INTO RECORD BY GOVERNMENT COUNSEL.
       GOVERNMENT RESTS.
       DEFENSE COUNSEL CALLS WITNESS LIEUTENANT DANIELLE RAIA,
       SWORN, EXAMINED & CROSSED.
       DEFENSE RESTS.
       FOLLOWING EXHIBITS RECEIVED INTO EVIDENCE:
       GOVERNMENT'S 1, 2, 3, 4, 5, 6, 7.
       DEFENDANT'S A1, A2, B, C, D1, D2, D3, F, G, H1, H2, I.
       COURT: FOR THE REASONS RECITED ON THE RECORD THE COURT
       CONCLUDES THAT THE GOVERNMENT HAS ESTABLISHED THAT THE
       DEFENDANT VIOLATED HIS SUPERVISED RELEASE.
       HEARING CONCLUDED.
       COURT WILL SENTENCE DEFENDANT ON 5/20/13 AT 12:00PM.